■ Lois E. RYDZEWSKI, Respondent, v ALFRED F. RYDZEWSKI, Appellant. (Appeal No. 2.)—Order unanimously reversed on the law without costs. Same Memorandum as in *Rydzewski v Rydzewski* (190 AD2d 1084 [decided herewith]). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.—Purge Contempt.) Present—Boomer, J. P., Pine, Lawton, Boehm and Davis, JJ.